UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK T. MURRAY,

        Plaintiff,

    v.

DAVE CHRISTENSON, *et al.*,

        Defendants.

Case No. C04-5758FDB

ORDER ADOPTING REPORT AND
RECOMMENDATION

    The Magistrate Judge recommends that Defendants' Motion for Summary Judgment be granted and that Plaintiff's causes of action be dismissed for the reason that despite being warned of the consequences of failing to respond and having been given two extensions of time to respond to Defendants' motion, Plaintiff has not responded.  Defendants have made a showing that they are entitled to judgment as a matter of law, Plaintiff has not filed objections to the Report and Recommendation, and, accordingly, the Court will adopt the Report and Recommendation.

    NOW, THEREFORE,

    IT IS ORDERED:

    1.  The Court adopts the Report and Recommendation;

    2.  Defendants' Motion for Summary Judgment is GRANTED and Plaintiff's causes of action are DISMISSED.

    3.  The Clerk shall send copies of this Order to Plaintiff, to Defendants, and to the Honorable J. Kelley Arnold.

    DATED this 31st day of May, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   ORDER - 2