UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK T. MURRAY,

    Plaintiff,

  v.

DAVE CHRISTENSON, *et al.*,

    Defendants.

Case No. C04-5758FDB

ORDER DIRECTING DOCUMENTS BE SENT TO PLAINTIFF AND SETTING TIME FOR OBJECTIONS TO REPORT AND RECOMMENDATION

    On February 9, 2005, [Dkt. # 25] Plaintiff advised the court of what his address would be when he was released, but Plaintiff did not advise when he would be released. The notice was mailed from the Grays Harbor Correctional Facility, P. O. Box 630, Montesano, WA 98563.

    On April 26, 2005, [Dkt. # 26] The Magistrate Judge's Report and Recommendation was mailed to Plaintiff at 121 Barcelona Lane, Montesano, WA 98563, the address given in the notice at Dkt. # 25.

    On May 31, 2005, [Dkt. # 27] the Court adopted the Report and Recommendation.

    On November 1, 2005, Plaintiff filed a Motion for Relief from Judgment, citing the number of moves that he has been compelled to make and the fact that his mail was not forwarded.. He shows his address to be P. O. Box 630, Montesano, WA 98563, which is apparently the Grays Harbor Correctional Facility.

ORDER - 1

While the Plaintiff is responsible to keep the court advised of his current mailing address, under the circumstances presented, Plaintiff will be given the documents he needs to respond to as well as time to respond to the Report and Recommendation.

ACCORDINGLY, IT IS ORDERED:

1. The Clerk shall send to Plaintiff at the Grays Harbor Correctional Facility, P. O. Box 630, Montesano, WA 98563 copies of Defendants' Motion for Summary Judgment [Dkt. # 23] and the Magistrate Judge's Report and Recommendation [Dkt. # 26];

2. Plaintiff shall respond to the Report and Recommendation by no later than December 30, 2005.

3. The Court will enter an appropriate order following Plaintiff's response.

DATED this 3rd day of November, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2