UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK T. MURRAY,

    Plaintiff,

    v.

DAVID CHRISTENSEN, *et al.*,

    Defendants.

Case No. C04-5758FDB

ORDER ADOPTING REPORT & RECOMMENDATION AND DENYING MOTION FOR TEMPORARY RESTRAINING ORDER

On May 31, 2005, the Court adopted the Report and Recommendation. Plaintiff then moved for relief from judgment on November 1, 2005 owing to the number of moves he had made and the fact that his mail was not forwarded. Plaintiff's motion was granted, and he was given a new date to file objections to the Report and Recommendation. Plaintiff timely filed objections to the R&R as well as a Motion for Temporary Restraining Order, and a reply to Defendants' motion for summary judgment.

Considering Plaintiff's responses as his objections to the R&R, the Court concludes that the Order adopting the Report and Recommendation must stand. Plaintiff's arguments present general legal principles and his bare factual assertions, and these are insufficient to rebut the conclusions presented by the Magistrate Judge.

ORDER - 1

ACCORDINGLY, IT IS ORDERED:

1. The Court reaffirms its Order Adopting the Report and Recommendation [Dkt. # 27];

2. Plaintiff's Motion for a Temporary Restraining Order [Dkt. # 39] is DENIED.

DATED this 6th day of February, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2