UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK T. MURRAY,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID A CHRISTENSEN, *et al.*,<br><br>    Defendants. | Case No. C04-5758FDB<br><br>ORDER DENYING MOTION FOR WAIVER OF FEES FOR REPRODUCTION COSTS |

Plaintiff has filed a notice that the law library is unavailable to him and he moves for waiver of fees for reproduction costs for filings in the U.S. Supreme Court. The Court adopted the Report and Recommendation, Plaintiff appealed, and on July 7, 2006, the Ninth Circuit Court of Appeals issued its mandate dismissing the notice of appeal for failure to prosecute. Plaintiff's *in forma pauperis* status was revoked as this court determined that the appeal was not taken in good faith, and the Ninth Circuit also determined that Murray was not entitled to IFP status on appeal. Plaintiff is not entitled to the relief requested.

ACCORDINGLY, IT IS ORDERED: Plaintiff's Motion for Waiver of Fees for Reproduction Costs [Dkt. # 54] is DENIED.

DATED this 11th day of May, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1